JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL MARLENE LEFF,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF GARDEN GROVE and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO: 8:19-cv-01034 JFW (ADSx)<br><br>BEFORE THE HONORABLE<br>JOHN F. WALTER<br>COURTROOM 7A<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL**<br><br>HEARING DATES PENDING:<br>Type:  Final Pretrial Conference<br>Date:  February 5, 2021<br>Time:  8:00 a.m.<br><br>Type:  Trial<br>Date:  February 23, 2021<br>Time:  8:30 a.m. |

GOOD CAUSE APPEARING, and in accordance with the parties' Joint Stipulation for Dismissal Pursuant to Federal Rules of Civil Procedure Rule 41, the above-entitled action (8:19-cv-01034 JFW (ADSx)) is dismissed in its entirety, with prejudice.

**IT IS SO ORDERED**.

DATED: January 15, 2021

_____
Honorable John F. Walter
United States District Court Judge

1

1536535.1